## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOEL WESSOL,

               Plaintiff,

     v.

KIA AMERICA, INC.,

               Defendant.

Case No. 3:24-cv-03269-SEM-KLM

### STIPULATION OF DISMISSAL OF
### PLAINTIFF'S CLASS ACTION COMPLAINT

Plaintiff Joel Wessol ("Plaintiff") and Defendant Kia America, Inc. ("Defendant"), in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all individual claims in Plaintiff's Class Action Complaint with prejudice, with any potential claims of the putative class members being dismissed without prejudice, and with each party to bear its own costs and expenses.

Date: March 19, 2026

Respectfully submitted,

/s/ Christopher E. Roberts
Christopher E. Roberts #6302857IL
Butsch Roberts & Associates, LLC
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
Telephone: (314) 863-5700
croberts@butschroberts.com

*Attorney for Joel Wessol*

/s/ Natalie J. Stanton
Natalie J. Stanton, #6295170
SANDBERG PHOENIX & VON
GONTARD P.C.
701 Market Street, Suite 600
St. Louis, MO 63101-1826
Telephone: (314) 231-3332
Email: nstanton@sandbergphoenix.com

John Gilbert, #954101
SANDBERG PHOENIX & VON
GONTARD P.C.
101 W. Vandalia Street, Ste 300
Edwardsville, IL 62025

5

Telephone: (618) 659-9526
Email: jgilbert@sandbergphoenix.com

Carlos M. Lazatin (SBN:229650) (*request for admission to practice to be submitted*)
O'MELVENY & MYERS LLP
400 S Hope St., Ste 1800
Los Angeles, California 90017-2811
Telephone: (213) 430-6000
Facsimile: (212) 430-6407
Email: clazatin@omm.com

*Attorneys for Defendant Kia America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Christopher E. Roberts*

5